IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**           No.    **14-cr-3259 WJ**
           **16-cv-0564 WJ/SMV**

**NATALI ARVILLA CASTRO,**

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD"), filed on September 22, 2017. [CR Doc. 52; CV Doc. 13]. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Defendant Natali Arvilla Castro's Amended Motion to Vacate, Set Aside, or Correct Sentence, filed July 5, 2016. [CR Doc. 41; CV Doc. 5]. No party has filed objections to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [CR Doc. 52; CV Doc. 13] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Natali Arvilla Castro's Amended Motion to Vacate, Set Aside, or Correct Sentence [CR Doc. 41; CV Doc. 5] is **DENIED**. Case number 16-cv-0564 WJ/SMV is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

_____
**WILLIAM P. JOHNSON**
**United States District Judge**